627 A.2d 1185

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**J. Dennis SHEEDY, Respondent.**

**No. 860, Disciplinary Docket No. 2.**
**No. 60 DB 92—Disciplinary Board.**

Supreme Court of Pennsylvania.

June 30, 1993.

## ORDER

PER CURIAM:

AND NOW, this 30th day of June, 1993, upon consideration of Recommendation of Disciplinary Board Member, the Order of this Court entered on June 19, 1992 pursuant to Pa.R.D.E. 208(f)(4) is dissolved, and Respondent is reinstated to the practice of law. Respondent is directed to pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.